**Order entered June 8, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00377-CV

**CITY OF GARLAND, TEXAS AND GARLAND CIVIL SERVICE COMMISSION, Appellants**

**V.**

**JON JORDAN, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-12515**

## ORDER

Before the Court is appellants' June 4, 2021 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 6, 2021.

/s/     CRAIG SMITH
        JUSTICE